IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL MONTANO,<br><br>    Plaintiff,<br><br>vs.<br><br>MEDICAL DEPARTMENT SOLANO STATE PRISON, et al.,<br><br>    Defendants. | 1:06-CV-01465-AWI-DLB-P<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

    Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has filed a motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

    Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the motion for leave to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

    Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $350.00 for this action.[1] Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's

---

[1] The statutory filing fee for all civil actions except petitions for writs of habeas corpus is $350.00. See 28 U.S.C. § 1914(a).

1

1 income credited to plaintiff's prison trust account.  These payments shall be collected and forwarded by
2 the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds
3 $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
4     In accordance with the above, IT IS HEREBY ORDERED that:
5         1.  Plaintiff's motion for leave to proceed in forma pauperis is granted.
6         2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  The fee
7 shall be collected and paid in accordance with this court's order to the Director of the California
8 Department of Corrections filed concurrently herewith.
9     IT IS SO ORDERED.
10     **Dated:   November 30, 2006**        **/s/ Dennis L. Beck**
3c0hj8                                              UNITED STATES MAGISTRATE JUDGE

2