IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL MONTANO,

      Plaintiff,                        No. CIV S-07-0800 LKK EFB P

     vs.

MEDICAL DEPARTMENT OF
SOLANO STATE PRISON, et al.,

      Defendants.                 ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's September 26, 2007, application is granted and plaintiff shall file an amended complaint within 30 days of the date this order is signed.

      So ordered.

DATED: November 1, 2007.

                                                     EDMUND F. BRENNAN
                                                     UNITED STATES MAGISTRATE JUDGE