IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL MONTANO,

    Plaintiff,                    No. CIV S-07-0800 LKK EFB P

    vs.

MEDICAL DEPARTMENT
SOLANO STATE PRISON, et al.,

    Defendants.                  <u>ORDER</u>

       /

Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

Plaintiff's May 5, 2008, request is granted and plaintiff has 20 days from the date of this order to file an amended complaint.

So ordered.

DATED: May 13, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE