1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAUL MONTANO,

11              Plaintiff,                    No. 2:07-cv-0800 KJN P

12         vs.

13   SOLOMON, et al.,                         <u>ORDER</u>

14              Defendants.

15   _____/

16         Plaintiff seeks an extension of the discovery deadline in this action in order to

17   respond to defendant's recently propounded discovery.  (Dkt. No. 42.)  Plaintiff appears to state

18   that on June 11, 2010, defendant served upon plaintiff a Request for Production of Documents

19   and one set of fifty-three interrogatories.  However, the discovery deadline expired on June 11,

20   2010.[1]  (Dkt. No. 35, at 6.)   When the court set this deadline, it stated:

21                The parties may conduct discovery until June 11, 2010.  Any
                  motions necessary to compel discovery shall be filed by that date.
22                *All requests for discovery . . . shall be served not later than sixty*
                  *(60) days prior to that date.*
23

24   _____

25         [1] By order filed June 11, 2010, the court extended the discovery deadline for a period of
     21 days for the limited purpose of permitting plaintiff to clarify and resubmit his motion to
26   compel.  (Dkt. No. 40.)  That extension of time has now expired (plaintiff did not pursue his
     motion) and is not pertinent to the instant matter.

                                            1

1   (Id. (emphasis added).)

2         Before the court can determine whether an extension of the discovery deadline is

3 warranted, it must determine the date on which defendant propounded his most recent discovery

4 requests.  If the discovery requests were untimely served, defendant must explain the reasons for

5 the delay and the necessity of the discovery, including the excessive number of interrogatories

6 (see Fed. R. Civ. P. 33(a)(1) (authorizing no more than 25 written interrogatories, including all

7 discrete subparts)).

8         Accordingly, defendant shall file and serve, on or before July 16, 2010, a response

9 to plaintiff's request for an extension of time to respond to defendant's discovery requests.

10 Plaintiff may file and serve a reply within ten (10) days after service of defendant's response.

11         SO ORDERED.

12 DATED:  July 7, 2010

13

14

15         KENDALL J. NEWMAN
         UNITED STATES MAGISTRATE JUDGE

16 mont0800.ord

17

18

19

20

21

22

23

24

25

26