IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL MONTANO,

        Plaintiff,                      No. 2:07-cv-0800 KJN P

   vs.

DR. SOLOMON, et al.,                 ORDER

        Defendants.

_____/

       Plaintiff is a state prisoner proceeding in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case proceeds on plaintiff's Second Amended Complaint against sole remaining defendant Dr. Richard Tan. The parties have agreed to the jurisdiction of the undersigned magistrate judge for all purposes. See 28 U.S.C. § 636(c); Local Rule 305(a).

       The parties have filed separate status reports in compliance with this court's orders filed January 27, 2011, and March 7, 2011. This case is currently scheduled for trial to commence on September 19, 2011, with a pretrial conference scheduled for August 4, 2011. Discovery has closed, and the deadline for filing dispositive motions has expired. However, each party indicates an intent to seek leave of court to supplement the current record and/or to extend deadlines, and both request an early status conference prior to the scheduled pretrial conference.

1   Plaintiff states that he intends to seek leave of court to amend the operative
2  Second Amended Complaint in order to add information pertaining to a related administrative
3  grievance ("Medical Appeal Log Number CSQ-5-10-01876").  Although the grievance has not
4  been administratively exhausted, plaintiff asserts that it "relates back" to the allegations of his
5  Second Amended Complaint.  See Fed. R. Civ. P. 15(a); Rhodes v. Robinson, 621 F.3d 1002
6  (9th Cir. 2010). (Dkt. No. 62 at 3-4.)  Plaintiff states that he "needs no further discovery at this
7  time, and opposes re-opening discovery. . . ."[1]  (Id. at 4.)

8   Defendant states that he intends to "ask[] the Court to reopen discovery for a short
9  period of time so that [defendant] can complete the discovery needed to file a combined
10 summary adjudication/judgment motion."  (Dkt. No. 59 at 3.)  Defendant intends to assert, inter
11 alia, that plaintiff's "cause of action is barred by [his] failure to timely exhaust . . . administrative
12 remedies and the applicable statute of limitations. . . ."  (Id. at 2.)

13  Both parties express willingness to consider an early settlement conference or
14 other form of Alternative Dispute Resolution, and both parties agree to the undersigned
15 magistrate judge acting as the settlement judge.  (Dkt. No. 62 at 4-5; Dkt. No. 59 at 3.)  Both
16 parties seek a status conference prior to the pretrial conference.  (Dkt. No. 62, at 5; Dkt. No. 59 at
17 3.)  Plaintiff requests a Spanish interpreter for any court proceedings.  (Dkt. No. 62 at 4.)

18  Based on the foregoing, IT IS HEREBY ORDERED that:

19  1. A status conference is scheduled before the undersigned on Thursday, May 19,
20 2011, at 10:00 a.m., in Courtroom No. 25.  Arrangements will be made for plaintiff to appear
21 telephonically, and a Spanish interpreter will be provided.

22  2. On or before May 12, 2011, **both parties shall** file a separate further status
23 report that addresses the following:

---

[1] Plaintiff notes that he has been relying on the legal assistance of another inmate, whose assistance is presently impeded by a medical quarantine of their prison unit commencing March 6, 2011, and who cannot obtain preferred library use without court order.  (Dkt. No. 62 at 2.)

2

        a. Proposed dates for a settlement conference; and

        b. Proposed rescheduled dates for pretrial conference and trial.

    3. In addition to the matters set forth in Item 2, **plaintiff shall**:

        a. Attach to his Status Report a proposed Third Amended Complaint that incorporates the allegations of his pending administrative grievance;

        b. Explain in his Status Report the current status of the subject administrative grievance; if the grievance has not yet been administratively exhausted, explain why amendment of the currently operative Second Amended Complaint would not be futile; and

        c. Explain in his Status Report why plaintiff opposes defendant's intended request to reopen discovery, especially why that is true if the court permits plaintiff leave to file a Third Amended Complaint.

    4. In addition to the matters set forth in Item 2, **defendant shall**:

        a. Address whether defendant opposes plaintiff's request to further amend his complaint and, if so, why;

        b. Identify the additional discovery defendant seeks, the estimated time for completing such discovery, and the proposed deadline for filing a dispositive motion; and

        c. Explain why such discovery and motion were not completed before expiration of the current deadlines.

    5. Each of these matters will be addressed by the court at the May 19, 2011 status conference.

    SO ORDERED.

DATED: April 14, 2011

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

mont0800.fb