UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RAUL MONTANO,

        Plaintiff,                No. 2:07-cv-0800 KJN P

  vs.

DR. SOLOMON, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
_____/                **AD TESTIFICANDUM**

        Raul Montano, inmate # T-56993, a necessary and material witness in proceedings in this case on May 19, 2011, is confined in San Quentin State Prison, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by telephone conference at San Quentin State Prison, San Quentin, California, on Thursday, May 19, 2011, at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephone conference before the United States District Court at the time and place noted above;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, SAN QUENTIN STATE PRISON, San Quentin, California 94974:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephone conference.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  April 14, 2011

                                                      _____
                                                      KENDALL J. NEWMAN
                                                      UNITED STATES MAGISTRATE JUDGE

mont0800.841.writ