1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAUL MONTANO,

11          Plaintiff,                    No. 2:07-cv-0800 KJN P

12      vs.

13   DR. SOLOMON, et al.,               <u>AMENDED ORDER</u>

14          Defendants.                 <u>RE. MAY 19, 2011 STATUS CONFERENCE</u>

15   _____/

16          This order amends the undersigned's order filed April 15, 2011 (Dkt. No. 63), for

17   the limited purpose of informing the parties that the court will not be providing plaintiff with an

18   interpreter at the May 19, 2011 Status Conference, or at any subsequent conference or hearing,

19   for the reasons discussed below.  All other matters set forth in the court's prior order remain

20   unchanged, and are repeated herein.

21          Plaintiff is a state prisoner proceeding in forma pauperis in this civil rights action

22   filed pursuant to 42 U.S.C. § 1983.  This case proceeds on plaintiff's Second Amended

23   Complaint against sole remaining defendant Dr. Richard Tan.  The parties have agreed to the

24   jurisdiction of the undersigned magistrate judge for all purposes.  <u>See</u> 28 U.S.C. § 636(c); Local

25   Rule 305(a).

26          The parties have filed separate status reports in compliance with this court's

1

1    orders filed January 27, 2011, and March 7, 2011.  This case is currently scheduled for trial to

2    commence on September 19, 2011, with a pretrial conference scheduled for August 4, 2011.

3    Discovery has closed, and the deadline for filing dispositive motions has expired.  However, each

4    party indicates an intent to seek leave of court to supplement the current record and/or to extend

5    deadlines, and both request an early status conference prior to the scheduled pretrial conference.

6              Plaintiff states that he intends to seek leave of court to amend the operative

7    Second Amended Complaint in order to add information pertaining to a related administrative

8    grievance ("Medical Appeal Log Number CSQ-5-10-01876").  Although the grievance has not

9    been administratively exhausted, plaintiff asserts that it "relates back" to the allegations of his

10   Second Amended Complaint.  See Fed. R. Civ. P. 15(a); Rhodes v. Robinson, 621 F.3d 1002

11   (9th Cir. 2010).  (Dkt. No. 62 at 3-4.)  Plaintiff states that he "needs no further discovery at this

12   time, and opposes re-opening discovery. . . ."[1]  (Id. at 4.)

13             Defendant states that he intends to "ask[] the Court to reopen discovery for a short

14   period of time so that [defendant] can complete the discovery needed to file a combined

15   summary adjudication/judgment motion."  (Dkt. No. 59 at 3.)  Defendant intends to assert, inter

16   alia, that plaintiff's "cause of action is barred by [his] failure to timely exhaust . . . administrative

17   remedies and the applicable statute of limitations. . . ."  (Id. at 2.)

18             Both parties express willingness to consider an early settlement conference or

19   other form of Alternative Dispute Resolution, and both parties agree to the undersigned

20   magistrate judge acting as the settlement judge.  (Dkt. No. 62 at 4-5; Dkt. No. 59 at 3.)  Both

21   parties seek a status conference prior to the pretrial conference.  (Dkt. No. 62, at 5; Dkt. No. 59 at

22   3.)  Plaintiff requests a Spanish interpreter for any court proceedings.  (Dkt. No. 62 at 4.)

23             The authorization and funding for interpreters in the federal courts is provided

24

25        [1] Plaintiff notes that he has been relying on the legal assistance of another inmate, whose
     assistance is presently impeded by a medical quarantine of their prison unit commencing March
26   6, 2011, and who cannot obtain preferred library use without court order.  (Dkt. No. 62 at 2.)

solely to individuals appearing in criminal or civil actions initiated by the United States.  See 28

U.S.C. § 1827(a), (d), § 1828(a).  There is no funding or personnel to accommodate the

interpreter needs of civil litigants, including prisoner civil rights litigants.  Accordingly, this

court has no authorization to provide plaintiff with interpreter services for any conference or

hearing that may take place in this action.  The status conference scheduled in this matter will

therefore proceed without a court-appointed interpreter for plaintiff.  If plaintiff is certain that he

requires the assistance of an interpreter, he may privately arrange for, and retain, the services of a

certified or other judicially-designated interpreter,[2] for the limited purpose of assisting plaintiff

from the courtroom at the May 19, 2011 telephone conference.  Alternatively, for purposes of the

May 19, 2011 conference only, the court will consider utilizing, in the courtroom, the translation

assistance of one of plaintiff's friends or family members.  If plaintiff intends to utilize any of

these arrangements, he should make his proposal to the court no less than two weeks before the

hearing, or by May 5, 2011.  Finally, although the court takes no position on the matter, plaintiff

may attempt to coordinate with prison officials to obtain the informal translation services of a

correctional staff member or another inmate, to assist plaintiff at the prison during the telephone

conference.  Separate arrangements and court approval must be obtained for any future hearing in

which plaintiff is certain he needs an interpreter, e.g., at settlement conference, at any hearing on

a motion for summary judgment, at pretrial conference, or at trial.

        Based on the foregoing, IT IS HEREBY ORDERED that:

        1.  A status conference is scheduled before the undersigned on Thursday, May 19,

2011, at 10:00 a.m., in Courtroom No. 25.  Arrangements will be made for plaintiff to appear

telephonically; an Order and Writ of Habeas Corpus Ad Testificandum was issued on April 15,

2011 (Dkt. No. 64).

---

  [2] Cf. Local Rule 403(a) ("only official, judicially-designated interpreters may interpret official courtroom proceedings in criminal actions"); see also 28 U.S.C. § 1827(d)(1) (judge must utilize services of certified interpreter or, if one is not available, "an otherwise qualified interpreter").

1        2.  On or before May 12, 2011, **both parties shall** file a separate further status

2  report that addresses the following:

3             a.  Proposed dates for a settlement conference; and

4             b.  Proposed rescheduled dates for pretrial conference and trial.

5        3.  In addition to the matters set forth in Item 2, **plaintiff shall**:

6             a.  Attach to his Status Report a proposed Third Amended Complaint that

7  incorporates the allegations of his pending administrative grievance;

8             b.  Explain in his Status Report the current status of the subject

9  administrative grievance; if the grievance has not yet been administratively exhausted, explain

10  why amendment of the currently operative Second Amended Complaint would not be futile; and

11             c.  Explain in his Status Report why plaintiff opposes defendant's intended

12  request to reopen discovery, especially why that is true if the court permits plaintiff leave to file a

13  Third Amended Complaint.

14        4.  In addition to the matters set forth in Item 2, **defendant shall**:

15             a.  Address whether defendant opposes plaintiff's request to further amend

16  his complaint and, if so, why;

17             b.  Identify the additional discovery defendant seeks, the estimated time

18  for completing such discovery, and the proposed deadline for filing a dispositive motion; and

19             c.  Explain why such discovery and motion were not completed before

20  expiration of the current deadlines.

21        5.  Each of these matters will be addressed by the court at the May 19, 2011 status

22  conference.

23  ////

24  ////

25  ////

26  ////

1          SO ORDERED.

2     DATED:  April 20, 2011

3

4     _____
       KENDALL J. NEWMAN

5     UNITED STATES MAGISTRATE JUDGE

6
       mont0800.fb.amd
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26