IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL MONTANO,

    Plaintiff,                   No. 2:07-cv-0800 KJN P

    vs.

SOLOMON, et al.,

    Defendants.               ORDER

_____/

    Plaintiff is a California state prisoner proceeding without counsel in a civil rights action under 42 U.S.C. § 1983. Jessica Juarez has been selected from the court's pro bono attorney panel to represent plaintiff and she has accepted the appointment.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Jessica Juarez is appointed as counsel in the above-entitled matter.

    2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

    3. The Clerk of Court is directed to serve a copy of this order upon Jessica Juarez, Mallison & Martinez, 1939 Harrison Street, Suite 730, Oakland, California 94612; and a copy upon plaintiff.

4. Plaintiff's motion for appointment of a Spanish interpreter (Dkt. No. 74) is denied without prejudice for the reasons previously stated by the court. (See Dkt. Nos. 65, 67, 75.) Because counsel has now been appointed in this case, an interpreter will be appointed for formal court proceedings as needed.

5. A status conference is hereby scheduled for Thursday, September 29, 2011, at 10:00 a.m., in Courtroom No. 25. Seven days prior to that date, each party shall file and serve a status report which provides the following: (1) a suggested amended deadline for filing dispositive motions; (2) a suggested date for the commencement of trial, and an estimated length of trial; (3) a statement indicating whether each party believes that a settlement conference would be helpful and, if so, whether the party consents to the undersigned presiding over such conference; and (4) any other matters that should be addressed at the conference.

SO ORDERED.

DATED: August 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mont0800.31.etc