JEFFREY E. BEESON, SBN 200897
MICHAEL A. TERHORST, SBN 164679
Attorneys at Law
BEESON TERHORST LLP
510 Bercut Drive, Suite V
Sacramento, California 95811-0111
Telephone: (916) 444-3400
Facsimile:  (916) 444-3421

Attorneys for Defendant
RICHARD TAN

JESSICA JUAREZ, SBN 269600
1939 Harrison Street, Ste. 730
Oakland, CA 94612
Telephone: (510) 832-9999
Fax: (510) 832-1101

Attorney for Plaintiff
RAUL MONTANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL MONTANO,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. SOLOMON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, AS MEDICAL DOCTOR AT CALIFORNIA STATE PRISON, SOLANO; ALVARO C. TRAQUINA M.D., IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES AS CHIEF MEDICAL OFFICER/HEALTH CARE MANAGER; DR. TRAN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, AS MEDICAL DOCTOR AT CALIFORNIA STATE PRISON, SOLANO; B. NAKU, IN HIS OR HER INDIVIDUAL AND OFFICIAL CAPACITIES; AND A. NORIEGA, M.D., IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES AS CHIEF PHYSICIAN AND SURGEON,<br><br>          Defendants. | CASE NO.:  2:07-CV-00800- KJN (PC)<br><br>**JOINT STATUS REPORT** |

Defendant California **Department** of **Corrections** and **Rehabilitation** ("CDCR"), and

Defendant RICHARD TAN ("Defendant") Plaintiff RAUL MONTANO ("Plaintiff") respectfully

-1-
**JOINT STATUS REPORT**

submit the following **Joint Status Report** pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Further Scheduling Order Requiring Separate **Status Reports** dated August 9, 2011. (Dkt. 77):

(a) **Plaintiff's Summary of Claims and Legal Theories in Support:**

Plaintiff alleges that on May 7, 2005 he had a reaction to a prescribed medication that caused unconsciousness. He claims he broke his nose, chipped his teeth and fell, causing continued headaches and back pain. He claims to be unable to eat anything cold or hot and has problems breathing through his nose, especially while sleeping. Plaintiff alleges that defendant Tan was indifferent to his medical needs in violation of his Eighth Amendment rights under 42 U.S.C. section 1983.

*Plaintiff's Statement*

Plaintiff's Counsel has been in contact with Sujean Park, the ADR and Pro Bono Program Director for the U.S. District Court-Eastern District of California and various officials at San Quentin in efforts to set up a time to speak with Plaintiff, Raul Montano. Unfortunately, no contact has yet been established despite numerous calls and making herself available on nights and weekends. Plaintiff's Counsel has informed Defendants of this fact and hopes to get in touch with Plaintiff as soon as possible. Plaintiff's Counsel has reviewed the case file and will continue trying to reach Plaintiff.

*Defendant's Statement:*

Plaintiff is unable to meet the legal standards to sustain his cause of action for violation of his Eight Amendment rights under 42 U.S.C section 1983 against the sole remaining defendant, Dr. Richard Tan.

The CDCR denies that the plaintiff's nose and teeth need to be fixed and he has had his head and back examined and X-rayed and no anomalies were found. To the extent that the plaintiff complains about the adequacy of his medical care, Dr. Tan responds that he responded appropriately and did not deviate from approved medical standards and treated plaintiff in accordance with CDCR's policies and procedures. The CDCR contends that the plaintiff' cause of action is barred by their failure to timely exhaust their administrative remedies and the applicable

statute of limitations, but, if not so barred because plaintiff, as a matter of law cannot prevail.

   (b)   **Status of Service:**

All defendants were served and only Defendant Tan remains.

   (c)   **Possible Joinder of Additional Parties:**

None.

   (d)   **Amendments to the Pleadings:**

None.

   (e)   **The Statutory Basis for Jurisdiction and Venue:**

This case involves a federal question under Title VII 42 U.S.C. 2000-e. The Parties agree that venue is appropriate in this District pursuant to *28 U.S.C. 1391*.

   (f)   **Contemplated Amended Dispositive Motions and Proposed Date by Which All Non-Discovery Motions Shall Be Heard:**

February 12, 2012 filing of all dispositive motions deadline.  Although Discovery has closed in this matter, the parties agree that the Court should reopen discovery for a short period of time to enable appointed counsel for Montano an opportunity to explore the strength and weaknesses of her client's case.  The parties agree expert discovery should not be reopened.

   (g)   **Date for Final Pretrial Conference:**

March 12, 2012

   (h)   **Date for Trial, Estimate of Days or Trial, and Whether Any Party has Demanded a Jury:**

April 12, 2012; 3 days; jury trial demanded.

   (i)   **Appropriateness of Special Procedures:**

This case is not appropriate for a special master and the parties have agreed to try the matter before a magistrate judge.

   (j)   **Proposed Modification of Standard Pretrial Procedures Because of the Simplicity or Complexity of the Case:**

Defendant does not have any proposed modifications to standard pretrial procedures at this time.

(k) **Prospects for Settlement:**

Unknown. The parties agree to waive any disqualification and stipulate to the trial judge acting as a settlement judge; however, at the present time the CDCR believes that settlement would be helpful if Plaintiff understands the Defendant will not pay plaintiff any compensation but will consider waiving costs.

(l) **Any Other Matters That May be Conducive to the Just and Expeditions Dispositions of the Case:**

Setting a further Status Conference so that plaintiff's court appointed counsel can have an opportunity to fully discuss the case with her client.

September 22, 2011                    BEESON TERHORST LLP

                                      /s/ Michael A. Terhorst
                                  By: _____
                                      MICHAEL A. TERHORST
                                      Attorneys for Defendant
                                      RICHARD TAN

September 22, 2011

                                      /s/ Jessica Juarez
                                  By: _____
                                      JESSICA JUAREZ
                                      Attorney for Plaintiff
                                      RAUL MONTANO