IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL MONTANO,

      Plaintiff,                       No. 2:07-cv-0800 KJN P

   vs.

SOLOMON, et al.,

      Defendants.               <u>ORDER</u>

                                  /

        Plaintiff is a state prisoner proceeding with newly-appointed counsel, in a civil rights action filed pursuant 42 U.S.C. § 1983. The sole remaining defendant is Dr. Richard Tan. Counsel for both parties have timely filed a Joint Status Report, in response to this court's order filed August 22, 2011.

        Pursuant to the parties' Joint Status Report, and the court's review of this action, IT IS HEREBY ORDERED that:

        1. Discovery is reopened, and may be conducted through December 16, 2011.

        2. The deadline for filing dispositive motions is reopened; the new deadline for filing dispositive motions is February 10, 2012.

        3. Trial and Pretrial Conference dates will be set after the court rules on any dispositive motion, or when the time for filing such motion has expired.

1         4. The court acknowledges the parties' stipulation that the undersigned may act as
2  the settlement judge in this action, should the case proceed to settlement.
3         5. The Status Conference currently scheduled for September 29, 2011, is vacated,
4  and continued to Thursday, October 27, 2011, at 10:00 a.m., in Courtroom No. 25.  Seven days
5  prior to that date, the parties shall file a further Joint Status Report that addresses whether there
6  are any matters requiring the court's consideration at such conference, or whether such
7  conference can be vacated.
8         SO ORDERED.
9  DATED: September 23, 2011

                                      _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

mont0800.ext.dates