IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL MONTANO,

    Plaintiff,                  No. 2:07-cv-0800 KJN P

    vs.

SOLOMON, et al.,

    Defendants.              ORDER

_____/

        This prisoner civil rights action proceeds before the undersigned magistrate judge for all purposes. (Dkt. No 30.) See 28 U.S.C. § 636(c); Local Rule 305(a). Following appointment of counsel for plaintiff, the discovery deadline was extended to December 16, 2011, and the dispositive motion deadline to February 10, 2012. (Dkt. No. 79 at 2.) Pursuant to this court's order filed September 23, 2011, counsel for plaintiff and defendant have timely filed a joint status report. The parties request, for the following reasons, that this week's scheduled status conference be vacated, and that a further status conference be scheduled (Dkt. No. 80 at 2):

> The parties have met and conferred and agree that the scheduled Status Conference for October 27, 2011 can be vacated. Discovery is ongoing and appointed counsel (Ms. Jessica Juarez) for plaintiff Montano is meeting with her client to determine whether a settlement conference is feasible and will report back to defendant's counsel as soon as possible. If plaintiff Montano is

agreeable, Plaintiff's counsel will contact Sujean Park, the ADR and Pro Bono Program Director for the U.S. District Court-Eastern District of California and coordinate with the Court a date and time for all parties.

The parties have stipulated to the undersigned trial judge acting as settlement judge. (Dkt. No. 79 at 4.)

For good cause shown, IT IS HEREBY ORDERED that:

1. The status conference scheduled for October 27, 2011, is vacated;

2. A further status conference is scheduled for Thursday, December 15, 2011, at 10:00 a.m., in Courtroom No. 25. Seven days prior to that date, the parties shall file a further Joint Status Report that addresses the progress of discovery and settlement negotiations in this action, and addresses whether a status conference is needed.

3. The parties may obtain an earlier status conference and/or a settlement conference upon request, subject to the court's schedule.

SO ORDERED.

DATED: October 25, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mont0800.set.nxt.stat.conf