IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL MONTANO,

      Plaintiff,                    No. 2:07-cv-0800 KJN P

     vs.

SOLOMON, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner, proceeding with appointed counsel, in a civil rights action filed pursuant to 42 U.S.C. § 1983. This action proceeds pursuant to the authority of the undersigned magistrate judge for all purposes. 28 U.S.C. § 636(c); Local Rule 305(a). The case proceeds against sole defendant Dr. Richard Tan. Counsel for both parties have timely filed a joint status report, requesting that the status conference scheduled for December 15, 2011, be vacated, and that a further status conference be set. The discovery deadline is December 16, 2011, and the deadline for filing dispositive motions is February 10, 2012.

////

////

////

////

1    For good cause shown, IT IS HEREBY ORDERED that:

2    1. The status conference scheduled for December 15, 2011, is vacated; and

3    2. A status conference is scheduled for January 19, 2012, at 10:00 a.m., in

4  Courtroom No. 25.  The parties shall file a joint status report on or before January 12, 2012.

5  DATED: December 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mont0800.36