IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL MONTANO,

       Plaintiff,                      No. 2:07-cv-0800 KJN P

    vs.

SOLOMON, et al.,                     ORDER

       Defendants.

_____/

       Plaintiff's court-appointed counsel, Jessica Juarez, requests permission to file two documents under seal, for the court's in camera review, in support of counsel's concurrent motion to withdraw as counsel of record for plaintiff Raul Montano. Counsel avers that public disclosure of her reasons for seeking withdrawal would prejudice plaintiff and implicate information protected by the attorney-client privilege.

       For good cause shown, IT IS HEREBY ORDERED that:

       1. Counsel for plaintiff Raul Montano, Jessica Juarez, is permitted to file under seal the following documents in support of her motion to withdraw as plaintiff's counsel of record:

         a.     Memorandum of Points and Authorities in Support of Jessica Juarez's Motion to Withdraw as Counsel of Record for Plaintiff Raul Montano; and

1

1         b.      Declaration of Jessica Juarez In Support of Motion to Withdraw as Counsel of Record for Plaintiff Raul Montano.

2.  The Clerk of Court is directed, forthwith, to file these documents under seal, and to forward said documents to chambers for in camera review.

3.  Plaintiff Raul Montano shall, within fourteen days after the filing date of this order, file a written statement that informs the court whether plaintiff opposes the withdrawal of his current counsel.

4.  Following the court's in camera review of these documents, the court will determine whether it requires the opportunity to speak with plaintiff's counsel, before rendering a decision on the pending motion.

5.  The status conference currently scheduled in this action for Thursday, January 19, 2012, at 10:00 a.m., is vacated pending further order of this court, and will be rescheduled after resolution of the present matters.

DATED:  December 29, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mont0800.seal

2